THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA G. UTLEG, | CASE NO. C26-1093-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for reconsideration (Dkt. No. 20). In it, she seeks reconsideration of the Court's order (Dkt. No. 19) denying motions to appoint counsel and to stay.

As to the reconsideration motion, Plaintiff fails to establish that the Court committed manifest error in its prior ruling or present new *material* facts or legal authority which could not have been brought to the Court's attention earlier with reasonable diligence. Thus, the motion for reconsideration (Dkt. No. 20) is DENIED. Nevertheless, the Court clarifies that, when assessing the likelihood of success on the merits, the Court's finding that it was "at pains to understand the magnitude of damages claimed," (Dkt. No. 19 at 2), was limited to pleaded "specific damages,"

MINUTE ORDER
C26-1093-JCC
PAGE - 1

(*id.*), *i.e.*, those damages allocable to Plaintiff directly traceable to the alleged harm(s). However, the Court did not intend this statement to indicate that pleaded damages, of all flavors, are necessarily inadequate to support a merits determination in this matter.

DATED this 27th day of May 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C26-1093-JCC
PAGE - 2