THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ANGELITA G. UTLEG, | CASE NO. C26-1093-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| UNIVERSITY OF WASHINGTON, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time (Dkt. No. 30). In the motion, Plaintiff requests a 30-day extension, in light of the recent passing for her brother. Finding good cause, the Rule 26 joint status report deadline, (*see* Dkt. No. 6), is hereby extended 30 days. Defendants are instructed to meet-and-confer with Plaintiff within this timeframe and then resubmit their joint status report (Dkt. No. 31), this time containing Plaintiff's signature.

DATED this 3rd day of June 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk

MINUTE ORDER
C26-1093-JCC
PAGE - 1