THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

ANGELITA G. UTLEG,

Plaintiff,

v.

UNIVERSITY OF WASHINGTON, *et al.*,

Defendants.

CASE NO. C26-1093-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on Plaintiffs' motion for an extension of time to serve discovery responses (Dkt. No. 43). The motion does not comply with the local rules, (*see* LCR 7(j)), and, regardless, fails to establish good cause for the requested extension. Thus, the Court DECLINES the request.

DATED this 17th day of November 2026.

Joshua C. Lewis
Clerk of Court

s/Kathleen Albert
Deputy Clerk